

250 Harrison Street • Suite 302 • Syracuse, New York 13202
Tel (315) 472-7250 • Fax (315) 476-5350

S. Robert Williams, Esq.
Michelle Rudderow, Esq.

Emily S. Dean
Paralegal

July 27, 2018

Hon. Charles J. Siragusa
United States District Court
1360 U.S. Courthouse
100 State Street
Rochester, New York 14614

    RE:    Doe v. The United States of America, et al./
             Ben v. The United States of America, et al.
             Case No.: 5:14-CV-00509 (CJS)/5:14-CV-0370 (CJS)

Dear Judge Siragusa:

    This letter is to inform Your Honor that the parties have agreed to attend a mediation with Mr. Morris, Esq. on August 21, 2018. As such, this letter is to respectfully request that the oral argument of the above-referenced matter currently scheduled for August 16, 2018 be adjourned to Your Honor's September 13, 2018 argument date. I have spoken with Mr. Cerrone and Mr. Cherundolo and all counsel have agreed on rescheduling the oral argument to September 13, 2018 if it is agreeable with Your Honor.

    Please do not hesitate to contact me with questions or concerns.

    Thank you for your time and courtesy.

                                          Respectfully,

                                          s/ *Michelle Rudderow*

                                          Michelle Rudderow

    cc:    Michael Cerrone, Esq. (via ECF and first class mail)
             John Cherundolo, Esq. (via first class mail)

                            The request is GRANTED. Oral argument on the pending motions will be heard before the undersigned on **September 13, 2018, at 11:00 A.M.**

                            SO ORDERED.    July 27, 2018

                            */s/ Charles J. Siragusa*
                            Charles J. Siragusa
                            United States District Judge W.D.N.Y.