UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sheila K. Ben, Esq., as Court Appointed Guardian of the Property of JANE DOE, (an infant proceeding under an assumed name), an Infant under the Age of 14,<br>　　　　　　　　　　　　　　　*Plaintiff*,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　　　*Defendants*. | CASE NO. 5:14-CV-0370 (CJS)<br>**Action No. 1**<br><br>MEDIATOR CERTIFICATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN DOE, (a Guardian and Executrix proceeding Under an assumed name) as Executrix of the Estate of Lori A. Bresnahan, Decedent,<br>　　　　　　　　　　　　　　　*Plaintiff*,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　　　*Defendants*. | CASE NO. 5:14-CV-509 (CJS)<br>**Action No. 2** |

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☒ Mediation session was held on 9/11/2018

☒ *Case has settled.* (Comment if necessary).

☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

☐ *Case has settled in part.* (Comment below). Mediation is complete.

☐ *Case has not settled.* Mediation will continue on _____.

☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: 9/12/2018　　　　　　　Mediator: /S/ _[signature]_

**Additional Comments:**
SUBJECT TO COURT APPROVAL

120 CORPORATE WOODS
SUITE 240
ROCHESTER, NY 14623

**JAMES E. MORRIS**
ATTORNEY · MEDIATOR

FELLOW, AMERICAN COLLEGE
OF CIVIL TRIAL MEDIATORS